COLERICK and Another *v.* TOWNLEY.

APPEAL from the *Allen* Common Pleas.

HANNA, J.—Complaint to recover judgment on a note, and to foreclose a mortgage. Default; submitted "on complaint, exhibits, default and proof." Finding for the plaintiff.

Nov. Term, Judgment for amount of note, &c., against *Colerick*, and
1861.    against *Colerick* and wife for foreclosure, &c., and that

MARTIN   the property be sold as other property is sold on execu-
v.       tion, &c.
STANFIELD.
         It is objected that there should have been proof against
the married woman; that there should not have been a
personal judgment against her, and that so much only as
was necessary to satisfy the sum found due, of the mortgaged
property, should have been ordered to be sold.

The evidence is not in the record, and as the record shows
proofs were introduced, we must presume in favor of the
action of the Court upon the first and third error, even if
the form of the judgment is wrong, which we need not
notice. There was no personal judgment against the wife;
and as to whether, under the notice, by the summons appear-
ing in the case, a personal judgment should have been ren-
dered against *Colerick* we can not inquire. There was no
motion as to the default.

*Per Curiam.*—The appeal is dismissed, at the appellants'
costs.

*R. Brackenridge, M. Jenkinson* and *E. T. Colerick,* for
the appellants.